UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

ROBERT EMMETT GREEN,

    Plaintiff,

v.                                                                 Case No. 2:05-mc-5
                                                                HON. ROBERT HOLMES BELL

NORTH COUNTRY BANK &
TRUST, et al.,

    Defendants.
_____/

## ORDER AND JUDGMENT
### APPROVING REPORT AND RECOMMENDATION

The Court has reviewed the Report and Recommendation filed by the United States Magistrate Judge in this action. The Report and Recommendation was duly served on the parties, and no objection has been made thereto within the time required by law.

THEREFORE, IT IS ORDERED that:

1. The Report and Recommendation of the Magistrate Judge (Docket #14) is approved and adopted as the opinion of the Court.

2. Defendants' motion to dismiss (docket #4) is GRANTED and this case is DISMISSED.

Date:   November 18, 2005                 /s/ Robert Holmes Bell
                                                             ROBERT HOLMES BELL
                                                             CHIEF UNITED STATES DISTRICT JUDGE